**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6834**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAMMY CHAVIS,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (CR-95-33-4, CA-97-3393-4-22)

———————————

Submitted:  July 8, 1999            Decided:  July 14, 1999

———————————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Sammy Chavis, Appellant Pro Se.  Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sammy Chavis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Furthermore, there is no merit to Chavis' contention that venue was improper in South Carolina. See United States v. Al-Talib, 55 F.3d 923, 928 (4th Cir. 1995); United States v. Gilliam, 975 F.2d 1050, 1057-58 (4th Cir. 1992). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Chavis, Nos. CR-95-334; CA-97-3393-4-22 (D.S.C. June 2, 1998). We deny Chavis' motions to appoint counsel, to compel the district court to correct the record on appeal, and to remand his case to the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2